FILED

2007 JUN 15  A 11: 19



## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 3:02CR368(AHN)-1** |
| **V.** | : | |
| **ANGELO LUCIFORA** | : | **JUNE 14, 2007** |

### MOTION FOR RETURN OF PROPERTY

The Defendant, Angelo Lucifora, respectfully requests the Court enter an order returning his property, specifically, a United States Passport that was ordered surrendered by this Court on December 20, 2002, as a condition of his release, and as grounds therefore would show:

1. Judgment was entered on May 23, 2003 and the terms of supervised release have been completed.

2. The Government has no objection, with the exception of required supervised travel by United States Probation, if any.

Wherefore, the Defendant respectfully requests that the Court grant this Motion.

THE DEFENDANT
ANGELO LUCIFORA

BY /s/ John R. Gulash, Jr.
John R. Gulash, Jr.
Gulash & Riccio
350 Fairfield Ave.
Bridgeport, CT 06601
Tel: (203) 367-7440
Fax (203) 336-8379
Bar No. ct05093

## CERTIFICATION

      This is to certify that a copy of the foregoing has been mailed U.S. first class, postage prepaid on this the 14th day of June, 2007, to:

Peter S. Jongbloed, Esq.
Assistant United States Attorney
United States Attorneys Office
157 Church Street
New Haven, CT 06510

_____
John R. Gulash, Jr.